UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**TURENDA KELLY**,

    Plaintiff,

vs

**SAM'S EAST, INC.**, a Delaware
corporation, and **JOHN DOE**,
jointly and severally,

    Defendants.

Case No. 2:08-cv-13658
Hon. Patrick J. Duggan

_____/

| | |
|---|---|
| **GARY C. BERGER** (P10715) | **DIRK H. BECKWITH** (P31721) |
| **BERGER, MILLER & STRAGER, P.C.** | **FOSTER SWIFT COLLINS & SMITH** |
| Attorney for Plaintiff | Attorneys for Defendant Sam's East, Inc. |
| 333 W. Fort Street, Ste. 1400 | 32300 Northwestern Highway, Ste. 230 |
| Detroit, Michigan 48226 | Farmington Hills, MI 48334 |
| 313.963.8700 | 248.539.9900 |
| jlbbms@sbcglobal.net | dbeckwith@fosterswift.com |

_____/

### ORDER ADDING PARTY DEFENDANT AND ALLOWING PLAINTIFF TO FILE AN AMENDED COMPLAINT

At a session of said Court, held in the United States
District Court in the Eastern District of Michigan
Southern Division on October 22, 2008.

    PRESENT:  HONORABLE PATRICK J. DUGGAN
                     U.S. DISTRICT COURT JUDGE

Upon reading and filing the above Stipulation, and this Honorable Court being fully advised in the premises;

IT IS HEREBY ORDERED that Plaintiff be and is hereby permitted to add **ASW BELLEVILLE LOGISTICS, LLC** as a party defendant in the above cause of action.

IT IS FURTHER ORDERED that Plaintiff be and is hereby permitted to file an Amended Complaint in the above cause of action.

        S/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: October 22, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 22, 2008October 22, 2008, by electronic and/or ordinary mail.

        S/Marilyn Orem
        Case Manager